## P. L. Jones, Plaintiff-Appellant, v. Earl S. Hodges, Defendant-Appellee.

Gen. No. 9,820.

George Russell Schwarz, for appellant; Conrad Noll, Jr., for appellee; Maurice Kepner, of counsel. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed June 10, 1952; released for publication July 7, 1952.

## Koert Bartman, Jr., as Executor of Will of Koert Bartman, Sr., Deceased, Plaintiff-Appellee, v. Ralph D. Bartman et al., Defendants. Ralph D. Bartman and Anna K. Bartman, Appellants.

Gen. No. 9,822.

J. W. Templeman, for appellants; Ensel, Martin, Jones and Blanchard, for

appellee. Opinion by JUSTICE REYNOLDS. **Not to be published in full.** Opinion filed June 10, 1952; released for publication July 7, 1952.

## Harold G. Charpentier et al., Plaintiffs-Appellees, v. Carl Kahn et al., Defendants-Appellants.

Gen. No. 45,616.

Maurice Weissman, for appellants; Ditchburne & Bohling, and Thomas J. Walsh, for appellees; Harry S. Ditchburne, of counsel. Opinion by PRESIDING JUSTICE KILEY. **Not to be published in full.** Opinion filed June 18, 1952; rehearing denied and opinion modified July 16, 1952; released for publication July 17, 1952.

## Robert Bogue, a Minor, by his Mother and Next Friend, Constance Bogue, Plaintiff-Appellee, v. Johanna Larson, Helen Myers, Edgar A. Scheubert and Charles E. Scheubert, Defendants-Appellants.

Gen. No. 45,673.